Jacob D. Bottari, ISB #9556
Michael G. Brady, ISB #1293
EBERLE, BERLIN, KADING, TURNBOW
  & MCKLVEEN, CHARTERED
1111 W. Jefferson Street, Suite 530
Post Office Box 1368
Boise, ID 83701
Telephone: (208) 344-8535
Facsimile: (208) 344-8542
E-Mail: jbottari@eberle.com
E-mail: mbrady@eberle.com

William D. Marler, WSBA #17233
MARLER CLARK, LLP, PS.
The Food Safety Law Firm
1012 First Ave., 5th Floor
Seattle, WA 98104-1008
Telephone: (206) 346-1888
Facsimile: (206) 346-1898
E-mail: bmarler@marlerclark.com
*Pro Hac Vice* Pending

Attorneys for Plaintiff, William Whitt

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM WHITT,<br><br>  Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S INTERNATIONAL, LLC, a Foreign Corporation, d/b/a PAPA MURPHY'S TAKE N BAKE,<br><br>  Defendant. | Case No. 1:18-cv-00231<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMPLAINT AND DEMAND FOR JURY TRIAL - Page 1

COMES NOW, Plaintiff William Whitt, who, by and through his attorneys of record, EBERLE, BERLIN, KADING, TURNBOW & McKLVEEN, CHARTERED and MARLER CLARK, LLP, PS (pending admission *pro hac vice*), alleges upon information and belief as follows:

## I. PARTIES

1.1     Plaintiff, William Whitt (hereinafter "Plaintiff"), is a resident of Canyon County, Idaho. Plaintiff resides within the jurisdiction of this Court, and is a Citizen of the State of Idaho.

1.2     Defendant, Papa Murphy's International LLC, d/b/a Papa Murphy's Take N Bake (hereinafter "Papa Murphy's" and/or "Defendant"), is a Delaware corporation headquartered in Vancouver, Washington. Therefore, Papa Murphy's is a citizen of the States of Delaware and Washington. Papa Murphy's sole member is Papa Murphy's Company Stores, Inc., which is organized and existing under the laws of the State of Washington and has its principal offices in Vancouver, Washington. Papa Murphy's Company Stores, Inc. is, therefore, a citizen of the State of Washington, and not Idaho.

## II. JURISDICTION AND VENUE

2.1     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds $75,000.00, exclusive of costs, it is between citizens of different states, and because the defendant has certain minimum contacts with the State of Idaho such that maintenance of the suit in this district does not offend traditional notions of fair play and substantial justice.

2.2 Venue in the United States District Court of the District of Idaho is proper pursuant to 28 U.S.C. § 1391(a)(2) because a substantial part of the events or omissions giving rise to Plaintiff's claims and causes action occurred in this judicial district, and because Defendant was subject to personal jurisdiction in this judicial district at the time of the commencement of the action.

### III. GENERAL ALLEGATIONS

3.1 *E. coli* O157:H7 outbreaks associated with lettuce and other leafy greens are by no means a new phenomenon. Outlined below is a list of *E. coli* outbreaks involving contaminated lettuce or leafy greens:

| Date | Causative Agent | Illnesses Reported | Source |
|---|---|---|---|
| Nov. 2017- Dec. 2017 | *E. coli* O157:H7 | 41, 1 death | Romaine lettuce |
| Dec. 2015-Jan. 2016 | Listeria monocytogenes | 19, 1 death | Package salads |
| Apr. 2015 | Escherichia coli, Shiga toxin-producing | 7 | Prepackaged leafy greens |
| Mar. 2015 | *E. coli* O157:H7 | 12 | Leafy greens |
| Jul. 2014 | *E. coli* O111 | 15 | Salad/cabbage served at Applebee's and Yard House (Minnesota) |
| Oct. 2013 | *E. coli* O157:H7 | 33 | Pre-packaged salads and sandwich wraps (California) |
| Jul. 2013 | *E. coli* O157:H7 | 94 | Lettuce served at |

|  |  |  | Federico's Mexican Restaurant |
|---|---|---|---|
| Jul. 2013 | Cyclospora | 140 (Iowa); 87 (Nebraska) | Salad mix, cilantro |
| Dec. 2012 – Jan. 2013 | E. coli O157:H7 | 31 | Shredded lettuce from Freshpoint, Inc. |
| Oct. 2012 | E. coli O157:H7 | 33 | Leafy greens salad mix (Massachusetts) |
| Apr. 2012 | E. coli O157:H7 | 28 | Romaine lettuce |
| Dec. 2011 | Salmonella Hartford | 5 | Lettuce; roast beef |
| Dec. 2011 | Norovirus | 9 | Lettuce, unspecified |
| Oct. 2011 | E. coli O157:H7 | 58 | Romaine lettuce |
| Oct. 2011 | E. coli O157:H7 | 26 | Lettuce |
| Aug. 2011 | N/A | 8 | Lettuce; onions; tomatoes |
| Jul. 2011 | Cyclospora cayatenensis | 99 | Lettuce based salads |
| Jun. 2011 | Norovirus | 23 | Garden salad |
| Apr. 2011 | Salmonella Typhimurium | 36 | Multiple salads |
| Feb. 2011 | Norovirus | 24 | Garden salad |
| Jan. 2011 | Norovirus | 93 | Lettuce; salad, unspecified |
| Jul.-Oct. 2010 | Salmonella Java | 136 | Salad vegetable |
| May 2010 | E. coli O145 | 33 | Romaine Lettuce |

**COMPLAINT AND DEMAND FOR JURY TRIAL - Page 4**

|  |  | (26 lab-confirmed) | grown in Arizona |
|---|---|---|---|
| Apr. 2010 | Salmonella Hvittingfoss | 102 | Lettuce, tomatoes, and olives served at Subway restaurants |
| Jan. 2010 | *E. coli* | 260 | Lettuce grown in France |
| Dec. 2009 | Norovirus | 16 | Lettuce |
| Aug. 2009 | Salmonella Typhimurium | 27 | Lettuce |
| Aug. 2009 | Salmonella spp | 124 | Romaine lettuce; Recalls issued by Tanimura & Antle, Inc. (lettuce), Muranaka Farm, Inc. (parsley), and Frontera Produce (cilantro) |
| Jul. 2009 | Salmonella Typhimurium | 145 | Shredded lettuce from Taylor Farms |
| May. 2009 | Norovirus | 10 | Lettuce, onion, and tomato in chicken salad |
| Nov. 2008 | *E. coli* O157:H7 | 130 | Romaine lettuce |
| Oct. 2008 | *E. coli* O157:H7 | 2 | Chopped shredded iceberg lettuce (Michigan) |
| Oct. 2008 | *E. coli* O157:H7 | 43 (Johnathan's Family Restaurant), 21 (Little Red Rooster Restaurant), 12 (M.T. Bellies | Lettuce |

**COMPLAINT AND DEMAND FOR JURY TRIAL - Page 5**

|  |  | Restaurant) |  |
|---|---|---|---|
| Oct. 2008 | Norovirus | 64 | Tomato relish, lettuce-based salad |
| Aug.-Sep. 2008 | *E. coli* O157:H7 | 74 | Lettuce from Aunt Mid's Produce Company (California) |
| Aug.-Oct. 2008 | *E. coli* O157:H7 | 13 | Spinach (Oregon) |
| May. 2008 | *E. coli* O157:H7 | 10 | Prepackaged lettuce |
| May. 2008 | *E. coli* O157:H7 | 6 | Pre-packaged salad |
| May 2008 | *E. coli* O157:H7 | 9 | Lettuce (California, U.S.) |
| Apr. 2008 | Salmonella Braenderup | 12 | Green salad, tomato |
| Jul. 2007 | Shigella sonnei | 72 | Salad |
| Jul. 2007 | *E. coli* O157:H7 | 26 | Lettuce |
| Feb. 2007 | Norovirus | 8 | Lettuce |
| Jan. 2007 | Norovirus | 9 | Salad |
| Nov. 2006 | *E. coli* O157:H7 | 78 | Lettuce |
| Oct. 2006 | *E. coli* O157:H7 | 205 | Pre-packaged baby spinach from Dole Food Company (California) |
| Sep. 2006 | Norovirus | 9 | Salad |
| Sep. 2005 | *E. coli* O157:H7 | 34 | Prepackaged bagged lettuce from Dole Food Company |

**COMPLAINT AND DEMAND FOR JURY TRIAL - Page 6**

| Date | Pathogen | Cases | Vehicle |
|---|---|---|---|
| Jun. 2006 | Salmonella Typhimurium | 18 | Lettuce, tomatoes |
| Oct. 2005 | E. coli O157:H7 | 12 | grapes, green; lettuce, prepackaged |
| Nov. 2004 | E. coli O157:H7 | 6 | Lettuce, unspecified |
| Jul. 2004 | Salmonella Newport | 97 | Iceberg lettuce |
| Nov. 2003 | E. coli O157:H7 | 19 | Spinach, unspecified |
| Oct. 2003 | E. coli O157:H7 | 16 | Spinach, unspecified |
| Sep. 2003 | E. coli O157:H7 | 51 | Lettuce-based salads, unspecified |
| Nov. 2002 | E. coli O157:H7 | 60 | Romaine lettuce |
| Jul. 2002 | E. coli O157:H7 | 32 | Romaine lettuce from Spokane Produce (Washington) |
| Jul. 2002 | E. coli O157:H7 | 55 | Caesar salad |
| Nov. 2001 | E. coli O157:H7 | 20 | Lettuce-based salads, unspecified |
| Oct. 2000 | E. coli O157:H7 | 6 | Salad |
| May 2000 | Campylobacter jejuni | 13 | Salad |
| May 2000 | Norovirus | 3 | Salad |
| Feb. 2000 | Norovirus | 7 | Salad |
| Oct. 1999 | E. coli O157:H7 | 45 | Lettuce, salad |

| Oct. 1999 | *E. coli* O157:H7 | 47 | Salad |
| Oct. 1999 | Norovirus | 16 | Salad |
| Sep. 1999 | *E. coli* O157:H11 | 6 | Lettuce |
| Sep. 1999 | Norovirus | 115 | Lettuce |
| Sep. 1999 | *E. coli* O111:H8 | 58 | Salad |
| Aug. 1999 | Norovirus | 25 | Salad |
| May 1999 | Norovirus | 28 | Salad |
| Feb. 1999 | *E. coli* O157:H7 | 72 | Lettuce |
| May 1998 | *E. coli* O157:H7 | 2 | Salad |
| May 1996 | *E. coli* O157:H7 | 61 | Lettuce |
| Oct. 1995 | *E. coli* O153:H46 | 11 | Lettuce |
| Sep. 1995 | *E. coli* O153:H47 | 30 | Lettuce |
| Sep. 1995 | *E. coli* O157:H7 | 21 | Lettuce |
| Jul. 1995 | *E. coli* O153:H48 | 74 | Lettuce |

## The 2018 Romaine Lettuce *E. coli* O157:H7 Outbreak

3.2     As of May 16, 2018, there are at least 172 cases in 32 states, as follows: Alaska (8), Arizona (8), California (39), Colorado (3), Connecticut (2), Florida (1), Georgia (4), Idaho (11), Illinois (2), Kentucky (1), Louisiana (1), Massachusetts (3), Michigan (5), Minnesota (12), Mississippi (1), Missouri (1), Montana (8), New Jersey (8), New York (5), North Dakota (2), Ohio (6), Oregon (1), Pennsylvania (21), South Dakota (1), Tennessee (3), Texas (1), Utah (1), Virginia (1), Washington (7), and Wisconsin (3). Six are reported ill in Canada.

3.3     Illnesses started on dates ranging from March 13, 2018 to May 2, 2018. Ill people range in age from 1 to 88 years, with a median age of 29. Sixty-five percent of ill people are

**COMPLAINT AND DEMAND FOR JURY TRIAL - Page 8**

female. Of 157 people with information available, 75 (48%) have been hospitalized, including 20 people who developed hemolytic uremic syndrome, a type of kidney failure. One death was reported from California.

3.4     Illnesses that occurred after April 21, 2018, might not yet be reported due to the time it takes between when a person becomes ill with *E. coli* and when the illness is reported. This takes an average of two to three weeks.

3.5     State and local health officials continue to interview ill people to ask about the foods they ate and other exposures before they became ill. 102 (91%) of 112 people interviewed reported eating romaine lettuce in the week before their illness started. Most people reported eating a salad at a restaurant, and romaine lettuce was the only common ingredient identified among the salads eaten. The restaurants reported using bagged, chopped romaine lettuce to make salads. At this time, ill people are not reporting whole heads or hearts of romaine. Information collected to date indicates that chopped romaine lettuce from the Yuma, Arizona growing region could be contaminated with *E. coli* O157:H7 and could make people sick.

3.6     Federal and state public health officials continue to investigate this outbreak. Among other things, these investigators are currently trying to determine the precise location(s) at which the contaminated lettuce was grown and/or processed.

<u>*E. coli* O157:H7 and Hemolytic Uremic Syndrome</u>

3.7     *Escherichia coli* is the name of a common family of bacteria, most members of which do not cause human disease. *E. coli* O157:H7 is a specific member of this family that can cause bloody diarrhea (hemorrhagic colitis) in humans. In the years since *E. coli* O157:H7 was first identified as a cause of diarrhea, this bacterium has established a reputation as a significant public health hazard.

3.8     *E. coli* O157:H7 lives in the intestines of cattle and other ruminants. *E. coli* O157:H7 is also notable among pathogenic bacteria for its extremely low infectious dose—that

is, the number of bacteria necessary to induce infection in a person. While for most pathogenic bacteria it takes literally millions of bacterial colonies to cause illness, it is now known that fewer than 50 *E. coli* O157:H7 bacteria can cause illness in a child. The practical import is that even a microscopic amount of exposure can trigger a devastating infection.

3.9     The most severe cases of the *E. coli* O157:H7 infection occur in young children and in the elderly, presumably because the immune systems in those age populations are the most vulnerable. After a susceptible individual ingests *E. coli* O157:H7, the bacteria attach to the inside surface of the large intestine and initiates an inflammatory reaction of the intestine. What ultimately results are the painful bloody diarrhea and abdominal cramps characteristic of the intestinal illness.

3.10    The mean incubation period (time from ingestion to the onset of symptoms) of *E. coli* O157:H7 is estimated to be two to four days (range, 1-21 days). Typically, a patient with an acute *E. coli* O157:H7 infection presents with abdominal cramps, bloody diarrhea, and vomiting. The duration of diarrhea in children with *E. coli* O157:H7 infections are significantly longer than that of adults.

3.11    *E. coli* O157:H7 can produce a wide spectrum of disease from mild, non-bloody diarrhea, to severe bloody diarrhea accompanied by excruciating abdominal pain to life-threatening complications. In most infected individuals, the intestinal illness lasts about a week and resolves without any long-term effects. Antibiotics do not appear to aid in combating these infections, and recent medical studies suggest that antibiotics are contraindicated for their risk of provoking more serious complications. Apart from good supportive care, which should include close attention to hydration and nutrition, there is no specific therapy.

3.12    About 10% of individuals with *E. coli* O157:H7 infections (mostly young children) go on to develop hemolytic uremic syndrome (HUS), a severe, potentially life-threatening complication. The essence of the syndrome is described by its three central features:

destruction of red blood cells, destruction of platelets (those blood cells responsible for clotting), and acute renal failure due to the formation of micro-thrombi that occlude microscopic blood vessels that make up the filtering units within the kidneys.

3.13 There is no known therapy to halt the progression of HUS. The active stage of the disease usually lasts one to two weeks, during which a variety of complications are possible. HUS is a frightening illness that even in the best American medical facilities has a mortality rate of about 5%. The majority of HUS patients require transfusion of blood products and develop complications common to the critically ill.

Plaintiff's *E. coli* O157:H7 infection

3.14 Around noon on or about March 24, 2018, Plaintiff purchased and consumed a salad from Defendant's restaurant located at 2420 12th Ave. Rd., in Nampa, Idaho. The salad contained romaine lettuce involved in the above-described national *E. coli* O157:H7 outbreak. The salad was contaminated by *E. coli* O157:H7.

3.15 Plaintiff began to suffer from gastrointestinal illness on or about March 26, 2018. Plaintiff was admitted to St. Luke's Hospital on March 30, 2018, and remained hospitalized until April 7, 2018.

3.16 During his hospitalization, on or about April 3, 2018, Plaintiff developed an inguinal hernia, causing pain in the lower abdominal region. Plaintiff also submitted a stool specimen that tested positive for *E. coli* O157:H7, matching the strain involved in the above-described romaine lettuce *E. coli* O157:H7 outbreak.

3.17 On or about May 9, 2018, Plaintiff underwent surgery to repair the inguinal hernia, including a procedure to deaden a related nerve that was causing him extreme discomfort. During this procedure, it was discovered that the *E. coli* O157:H7 infection had caused further

**COMPLAINT AND DEMAND FOR JURY TRIAL - Page 11**

damage to the lining of Plaintiff's stomach, necessitating further care and treatment. Plaintiff continues in his treatment for medical problems related to his *E. coli* O157:H7 infection.

## IV. CAUSES OF ACTION

### Strict Product Liability – Count I

4.1 By this reference, Plaintiff incorporates the foregoing paragraphs as if each was set forth here in its entirety.

4.2 At all times relevant, Defendant manufactured and sold the adulterated food product that is the subject of this action.

4.3 The adulterated food product that Defendant manufactured, distributed, and sold was, at the time it left Defendant's control, defective and unreasonably dangerous for its ordinary and expected use because it was contaminated by *E. coli* O157:H7, a bacteria dangerous to human health.

4.4 Because the adulterated food product that is the subject of this action was contaminated by *E. coli* O157:H7, it was in a condition that consumers had not contemplated, including Plaintiff, and it was in a condition that rendered the product unreasonably dangerous for its ordinary and expected use.

4.5 The food product that is the subject of this action was expected to reach the consumers, including Plaintiff, and be consumed by them, without substantial change. The consumers used the Product in the manner expected and intended, including when they consumed it.

4.6 Plaintiff suffered injury and damages as a direct and proximate result of the defective and unreasonably dangerous condition of the adulterated food product that the defendant manufactured, distributed, and sold. These damages include, but are not limited to:

**COMPLAINT AND DEMAND FOR JURY TRIAL - Page 12**

physical and mental pain and suffering, past and future in the form of the pain and suffering including bodily suffering, discomfort and loss of enjoyment of life; and medical costs and expenses to this point and the present value of reasonable medical expenses in the future.

### Negligence and Negligence Per Se – Count II

4.7  By this reference, Plaintiff incorporates the foregoing paragraphs as if each was set forth here in its entirety.

4.8  Defendant owed to Plaintiff a duty to comply with all applicable state and federal statutes, laws, regulations, and safety codes intended to ensure the purity and safety of its food product, including, but not limited to, the requirements of the Federal Food, Drug and Cosmetics Act, 21 U.S.C. § 301 *et seq*.

4.9  Plaintiff is among the class of persons intended to be protected by these statutes, laws, regulations, and safety codes pertaining to the manufacture, distribution, storage, and sale of similar food products.

4.10  Defendant failed to comply with the provisions of the health and safety acts identified above, and, as a result, was negligent *per se* in its manufacture, distribution, and sale of food adulterated by *E. coli* O157:H7, a pathogen harmful to human health.

4.11  Defendant owed a duty to Plaintiff to use reasonable care in the manufacture, distribution, and sale of its food products, which duty, if met, would have prevented or eliminated the risk that Defendant's food products would become contaminated with *E. coli* O157:H7 or any other dangerous pathogen.

4.12  Defendant's duty described in the foregoing paragraph required that it exercise reasonable care in the selection and approval of growers, harvesters, and other individuals and entities involved in the manufacture and production of its food products.

COMPLAINT AND DEMAND FOR JURY TRIAL - Page 13

4.21 At the time of this sale, being contaminated by *E. coli* O157:H7, Defendant's products were not fit for the ordinary purpose for which food is used, and Defendant breached its express and implied warranties with regard to the food products they manufactured, distributed and sold to distributors, retailers, and consumers.

4.22 Plaintiff suffered personal injury as a direct result of Defendant's breach of express and implied warranties, as set forth above. These damages include, but are not limited to: physical and mental pain and suffering, past and future in the form of the pain and suffering including bodily suffering, discomfort and loss of enjoyment of life; and medical costs and expenses to this point and the present value of reasonable medical expenses in the future.

### Breach of Idaho Consumer Protection Act – Count IV

4.23 By this reference, Plaintiff incorporates the preceding paragraphs of this Complaint as if each and every one of these paragraphs was set forth here in its entirety.

4.24 By selling food products to consumers, Defendant represented that its products were safe to eat, were not contaminated by a deadly pathogen, and that the food had been safely prepared.

4.25 Defendant violated Idaho Code §§ 48-603(5) and (7) because Defendant represented that its food products were safe to eat, were not contaminated by a deadly pathogen, and that the food had been safely prepared, when such food products were contaminated by *E. coli* O157:H7.

4.27 Plaintiff suffered personal injury as a direct result of Defendant's breach of the Idaho Consumer Protection Act, as set forth above. These damages include, but are not limited to: physical and mental pain and suffering, past and future in the form of the pain and suffering

including bodily suffering, discomfort and loss of enjoyment of life; and medical costs and expenses to this point and the present value of reasonable medical expenses in the future.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

a. Judgment for Plaintiff against the Defendant for just compensation in a fair and reasonable amount for the damages above set forth; and

b. Such additional and/or further relief, including interest, costs, and reasonable attorney fees, as this Court deems just and equitable.

### JURY DEMAND

Plaintiff hereby demands a jury trial.

RESPECTFULLY SUBMITTED this 24th day of May, 2018.

        EBERLE, BERLIN, KADING, TURNBOW
        & MCKLVEEN, CHARTERED

        /s/ Jacob D. Bottari
        _____
        By:  Jacob D. Bottari
              Attorneys for Plaintiff
              William Whitt

        MARLER CLARK, LLP, PS.

        /s/ William D. Marler
        _____
        By:  William D. Marler
              (*Pro Hac Vice* Pending)
              Attorneys for Plaintiff
              William Whitt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Idaho

| | | |
|---|---|---|
| William Whitt, | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| Papa Murphy's International, LLC, a Foreign Corporation, d/b/a/ Papa Murphy's Take N Bake, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Papa Murphy's International, LLC
d/b/a Papa Murphy's Take N Bake
8000 NE Parkway Drive, Suite 350
Vancouver, WA 98662

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacob D. Bottari
Eberle Berlin Kading Turnbow & McKlveen, Chartered
P.O. Box 1368
Boise, ID 83701-1368

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

JS 44 *(Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
William Whitt

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jacob Bottari, Eberle Berlin Kading Turnbow & McKlveen, Chartered
P.O. Box 1368, Boise, ID 83701, (208) 344-8535

## DEFENDANTS
Papa Murphy's International, LLC a Foreign Corporation, d/b/a Papa Murphy's Take N Bake

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332(a)

Brief description of cause:
Plaintiff was sickened with E. coli O157:H7 from adulterated food manufactured and sold by Defendant

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 1,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 05/24/2018
SIGNATURE OF ATTORNEY OF RECORD: /s/ Jacob D. Bottari

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____