Michael G. Brady, ISB #1293
EBERLE, BERLIN, KADING, TURNBOW
& MCKLVEEN, CHARTERED
1111 W. Jefferson Street, Suite 530
Post Office Box 1368
Boise, ID 83701
Telephone:  (208) 344-8535
Facsimile:  (208) 344-8542
E-mail:  mbrady@eberle.com

William D. Marler, WSBA #17233
MARLER CLARK, LLP, PS.
The Food Safety Law Firm
1012 First Ave., 5th Floor
Seattle, WA  98104-1008
Telephone:  (206) 346-1888
Facsimile:  (206) 346-1898
E-mail:  bmarler@marlerclark.com
Admitted *Pro Hac Vice*

Attorneys for Plaintiff, William Whitt

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM WHITT,<br><br>                    Plaintiff,<br>        vs.<br><br>PAPA MURPHY'S INTERNATIONAL, LLC, a Foreign Corporation, d/b/a PAPA MURPHY'S TAKE N BAKE; and CHURCH BROTHERS, LLC, a California limited liability company; and TRUE LEAF FARMS, LLC, a California limited liability company,<br><br>                    Defendants. | Case No. 1:18-cv-00231-BLW<br><br>**STIPULATION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE UNDER RULE 41(a)(1)(ii)** |

**FRCP 41(a)(1)(ii) STIPULATION TO DISMISS - Page 1**

PAPA MURPHY'S INTERNATIONAL
LLC, a Foreign LLC,

              Third Party Plaintiff,

      vs.

C.H. ROBINSON COMPANY, a
Delaware Corporation; GRASMICK
PRODUCE CO. INC., an Idaho
Corporation; CHURCH BROTHERS,
LLC, a California limited liability
Company; and MOES 1 through
30, inclusive,

              Third Party Defendants.
_____

GRASMICK PRODUCE CO. INC.,
An Idaho Corporation,

              Third Party Plaintiff,

      vs.

CHURCH BROTHERS,
LLC, a California limited liability
Company,

              Third Party Defendant.
_____

**FRCP 41(a)(1)(ii) STIPULATION TO DISMISS - Page 2**

## STIPULATION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

Plaintiff William Whitt and Defendants Papa Murphy's International LLC, Church Brothers, LLC, and True Leaf Farms, LLC; as well as Papa Murphy's International LLC in its capacity as third-party plaintiff; Church Brothers, LLC and True Leaf Farms, LLC in their capacity as third-party defendants; Grasmick Produce Co. Inc., in its capacity as third-party plaintiff and third-party defendant; and CH Robinson Company, in its capacity as third-party defendant, by and through their respective counsel, hereby stipulate to the voluntary dismissal of this action, including all third-party and cross claims, under Fed. R. Civ. Proc. 41(a)(1)(ii).  Said dismissals shall be WITHOUT PREJUDICE, and with each party to bear its own attorney's fees and costs.

SO STIPULATED, this 18th day of April, 2019.

MARLER CLARK, LLP, PS.

By:/s/ William D. Marler
William D. Marler, WSBA #17233
Admitted *Pro Hac Vice*
Attorney for Plaintiff, William Whitt


EBERLE, BERLIN, KADING,
TURNBOW & McKLVEEN

By:/s/ Michael G. Brady
Michael G. Brady
Attorney for Plaintiff, William Whitt

**FRCP 41(a)(1)(ii) STIPULATION TO DISMISS - Page 3**

DATED this 18th day of April, 2019.


WOOLS PEER DOLLINGER & SCHER

 By:/s/ Caitlin R. Zapt_____
Caitlin R. Zapt
Attorney for Defendant, Papa Murphy's International LLC


PERKINS MITCHELL POPE & McALLISTER LLP

By:/s/Bruce R. McAllister_____
Bruce R. McAllister
Attorney for Defendant, Papa Murphy's International LLC

KIRKPATRICK & STARTZEL

By:/s/ Todd R. Startzel_____
Todd R. Startzel
Attorney for Defendant, Church Brothers, LLC

WEINBERG WHELLER HUDGINS GUNN & DIAL

By:/s/ Alan M. Maxwell_____
Alan M. Maxwell
Admitted *Pro Hac Vice*
Attorney for Defendant, Church Brothers, LLC and True Leaf Farms, LLC

CREASON, MOORE, DOKKEN & GEIDL

By:/s/ Samuel T. Creason_____
Samuel T. Creason
Attorney for Defendant, Grasmick Produce


HOLLAND & HART

By:/s/ A. Dean Bennett_____
A. Dean Bennett
Alexandra Grande
Attorneys for Defendant, C. H. Robinson Company


**FRCP 41(a)(1)(ii) STIPULATION TO DISMISS - Page 4**

CRUSER MITCHELL NOVITZ SANCHEZ GASTON & ZIMET

*By:/s/ Sean Keenan;* _____
Sean Kennan Admitted *Pro Hac Vice*
Bill Mitchell, Admitted *Pro Hac Vice*
Sunny Nasworty, Admitted *Pro Hac Vice*
Attorneys for Defendant, C. H. Robinson Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April 2019 I served a true and correct copy of the foregoing **STIPULATION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE UNDER RULE 41(a)(1)(ii)** by filing via CM/ECF system, which automatically serves via email notification to the following:

Jacob Bottari
Michael G. Brady
Eberle, Berlin Kading, Turnbow & McKlveen
mbrady@eberle.com
jbottari@eberle.com

Jeffrey Dollinger
Woolls Peer Dollinger & Sher
jdollinger@wpdslaw.com

Bruce R. McAllister
Carey Perkins LLP
brmcallister@perinsmitchell.com

Sunshine R. Nasworthy
Sean Keenan
William T. Mitchell
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
snasworthy@cmlawfirm.com
Skeenan@cmlawfirm.com
bmitchell@cmlawfirm.com

A. Dean Bennett
Alexandra Shantel Grande
Holland & Hart LLP
adbennett@hollandhart.com
asgrande@hollandhart.com

Samuel T. Creason
Creason, Moore, Dokken & Geidl, PLLC
samc@cmd-law.com

A. Dean Bennett
Alexandra Shantel Grande
Holland & Hart LLP
adbennett@hollandhart.com
asgrande@hollandhart.com

Todd R. Startzel
Kirkpatrick & Startzel, P.S.
tstartzel@ks-lawyers.com

Alan M. Maxwell
Weinberg, Wheeler, Hudging, Gunn & Dial, LLC
amaxwell@wwhgd.com

*/s/William D. Marler*
William D. Marler