THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM WHITT,<br><br>               Plaintiff,<br><br>    v.<br><br>PAPA MURPHY'S INTERNATIONAL, LLC, a Foreign Corporation, d/b/a PAPA MURPHY'S TAKE N BAKE; and CHURCH BROTHERS, LLC, a California limited liability company.<br><br>               Defendants. | Case No. 1:18-cv-00231<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE UNDER RULE 41(a)(1)(ii)** |

PAPA MURPHY'S INTERNATIONAL, LLC, a Foreign LLC,

       Third Party Plaintiff,

  vs.

C.H. ROBINSON COMPANY, a Delaware Corporation; GRASMICK PRODUCE CO. INC., an Idaho Corporation; and MOES 1 through 30, inclusive,

       Third Party Defendants.

_____

GRASMICK PRODUCE CO. INC., An Idaho Corporation,

       Third Party Plaintiff,

  vs.

**ORDER-1**

CHURCH BROTHERS,
LLC, a California limited liability
Company,

       Third Party Defendant.

_____

Before the Court is Plaintiff's "Stipulation to Voluntarily Dismiss Without Prejudice under Rule 41(a)(1)(ii)." The Court having considered Plaintiff's Stipulation and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Stipulation to Voluntarily Dismiss Without Prejudice under Rule 41(a)(1)(ii) is GRANTED. Each party shall bear its own costs, as set forth in the Stipulation.

DATED: April 19, 2019

_____
B. Lynn Winmill
U.S. District Court Judge

ORDER-2